UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WINSTON ORTEGA
CARLOS SOTO

  Vs.                                 CASE NO. 3:00CV977(CFD)

JOHN ALEXOPOULOS
RICHARD ANDERSON
SEAN MOORE
JEFFREY NIELSEN
MARK THORNBERG

**NOTICE TO COUNSEL**

The above-entitled case was reported to the Court on November 19, 2003 to be settled. Under Local Rule 16(b), a matter reported to be settled is to be dismissed if closing papers are not filed.

Accordingly, a judgment will be entered on December 19, 2003, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

It is so ordered.

Dated at Hartford, Connecticut this 25th day of November, 2003.

                                            KEVIN F. ROWE, CLERK

                                            BY_____
                                              Devorah Johnson
                                              Deputy Clerk

EOD_____