

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WINSTON ORTEGA AND<br>CARLOS SOTO | :    CIVIL ACTION NO. 3:00CV00977 (CFD) |
| V. | : |
| JOHN ALEXOPOULOS, RICHARD<br>ANDERSON, JEFFREY NIELSEN,<br>SEAN MOORE AND MARK THORNBERG | :<br>:    NOVEMBER 12, 2003 |

### STIPULATION OF DISMISSAL

Pursuant to Red. R. Civ. P. 41(a), the parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice and without attorneys' fees or costs to either party.

THE PLAINTIFFS,
WINSTON ORTEGA AND CARLOS SOTO

By:_____
GREGORY P. LYNCH
MCNAMARA AND KENNEY
375 Bridgeport Avenue
Shelton, CT 06484
(203) 944-6000
Fed. Bar #CT06019

THE DEFENDANTS,
JOHN ALEXOPOULOS, RICHARD ANDERSON
JEFFREY NIELSEN, SEAN MOORE AND
MARK THORNBERG

BY _____
Robert E. Young, Esq.
Noble, Young & O'Connor
One Congress Street
Hartford, CT 06114-1067
(860) 525-9975
Fed. Bar # CT06695

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid on this 12th day of November, 2003 to the following:

Robert E. Young, Esq.
Noble, Young & O'Connor, P.C.
One Congress Street
Hartford, CT 06114-1067

_____
Gregory P. Lynch