UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WINSTON ORTEGA, ET AL | : | |
| VS. | : | 3:00CV00977(CFD) |
| JOHN ALEXOPOULOS, ET AL | : | JULY 27, 2004 |

**MOTION FOR PERMISSION TO WITHDRAW**

The undersigned respectfully requests permission to withdraw from the above- captioned complaint. In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

Respectfully submitted,

 /s/ Christy H. Doyle
Christy H. Doyle
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361
FAX: 860-249-7665
Federal Bar No. ct23458
His Attorney

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

John H. Hanks, Jr.
Noble, Young,& O'Connor
1 Congress Street
Hartford, CT 06114-1067

                                          _____
                                          Christy H. Doyle